AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Pearline H. Blount,

                                          JUDGMENT IN A CIVIL CASE

             V.                           CASE NUMBER: CV414-101

Foresters Insurance Company,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/29/14, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

| | |
|---|---|
| 9/29/14 | Scott L. Poff |
| Date | Clerk |
| |  |
| | (By) Deputy Clerk |

GAS Rev 10/1/03